PLUMMER V REEVES



NO. 07-04-0534-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JUNE 20, 2005


______________________________



ADVANCED INDUSTRIES, INC.
,




 Appellant


v.



CACTUS OPERATING LTD. d/b/a CACTUS FEEDERS,


 and AMISTAD AVIATION, INC.,




 Appellees

_________________________________



FROM THE 69th DISTRICT COURT OF MOORE COUNTY;



NO. 04-14; HON. RON ENNS, PRESIDING


_______________________________



ON MOTION TO DISMISS


_______________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

 Advanced Industries, Inc., appellant, and Cactus Operating Ltd. d/b/a Cactus
Feeders, and Amistad Aviation, Inc., appellees, by and through their attorneys, have filed
a motion to dismiss this appeal with prejudice because the parties have fully compromised
and settled all issues in dispute and neither desire to pursue the appeal. Without passing
on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of
Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at
the parties' request, no motion for rehearing will be entertained, and our mandate will issue
forthwith. 

 

 Brian Quinn

 Chief Justice

 

 





ecoration: none;
 color: black;
 vertical-align: middle;
 text-indent: 0in
}

body
{
 font-family: "Arial", sans-serif;
 font-size: 12pt;
 font-weight: normal;
 font-style: normal
}





NO. 07-08-0433-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



NOVEMBER 25, 2008



______________________________





CARL VAN JOHNSON, APPELLANT



v.



THE STATE OF TEXAS, APPELLEE



_________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NO. 54,470-D; HON. DON EMERSON, PRESIDING



_______________________________



Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 
MEMORANDUM OPINION
          Pursuant to a plea bargain, appellant, Carl Van Johnson, was convicted of burglary
of a habitation and sentenced to 20 years incarceration in the Institutional Division of the
Texas Department of Criminal Justice. Appellant filed a notice of appeal in which he
requested appointment of appellate counsel. We dismiss for want of jurisdiction.
          Appellant’s sentence was imposed on January 7, 2008. His notice of appeal


 bears
a file stamp date from the District Clerk of July 21, 2008. Unless certain post-judgment
motions are filed, a defendant must file a written notice of appeal with the trial court clerk
within 30 days after the date sentence is imposed. Tex. R. App. P. 26.2(a). The Texas
Rules of Appellate Procedure provide for a 15-day extension in which to file a notice of
appeal if it is accompanied by a motion for extension of time. Tex. R. App. P. 26.3. This
Court is without jurisdiction to address the merits of an appeal and can take no action other
than to dismiss the appeal if it is not timely perfected. See Slaton v. State, 981 S.W.2d
208, 210 (Tex.Crim.App. 1998). Appellant’s notice, which was filed more than seven
months after sentence was imposed, is untimely and does not invoke our jurisdiction.
          Accordingly, the purported appeal is dismissed for want of jurisdiction.



 
Mackey K. Hancock

Justice